| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 3371513 | DATE 10/25/2024 |
|---|---|---|---|---|
| **NAME** MCKINNEY, Lshondra | **OFFICER** Lamara H. Werts | | **JUDGE** Gershwin A. Drain | **DOCKET #** 17-CR-20263-01 |

| ORIGINAL SENTENCE DATE 02/26/2019 COMMENCED 02/10/2022 EXPIRATION 02/09/2025 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY IV | TOTAL OFFENSE LEVEL 19 | PHOTO |
|---|---|---|---|---|

| **ASST. U.S. ATTORNEY** Terrence Haugabook | **DEFENSE ATTORNEY** To Be Determined |
|---|---|

**REPORT PURPOSE**

**TO ISSUE A SUMMONS**

**ORIGINAL OFFENSE**

Count 1: 18 U.S.C. §§ 1349 and 1343, Conspiracy to Commit Wire Fraud
Count 2: 18 U.S.C. 2121 1029(a)(2) and 1029(c)(1)(A), Use of an Unauthorized Access Device
Count 3: 18 U.S.C. §§ 1029(a)(2) and 1029(c)(1)(A), Attempt to Use an Unauthorized Access Device
Count 4: 18 U.S.C. §§ 1028A(a)(1) and (b), Aggravated Identity Theft
Count 5: 18 U.S.C. §§ 1029(a)(3) and 1029(c)(1)(A), Possession of Fifteen or More Unauthorized Access Devices
Count 6: 18 U.S.C. §§ 1028A(a)(1) and (b), Aggravated Identity Theft
Count 7: 18 U.S.C. §§ 1029(a)(2) and 1029(c)(1)(A), Use of an Unauthorized Access Device
Count 8: 18 U.S.C. §§ 1028A(a)(1) and (b), Aggravated Identity Theft
Count 9: 18 U.S.C. § 3147, Offense Committed While on Release

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 57 months on Counts 1, 2, 3, 5 and 7, each count concurrent; Count 4, 24 months, concurrent to all other counts; Count 6, 24 months, concurrent to all other counts; Count 8, 24 months, concurrent to all other counts; and Count 9, one day, consecutive to all counts, pursuant to 18 U.S.C. § 3147. This sentence shall run concurrently to Docket Number 17-CR-20086-02, to be followed by a 36-month term of supervised release on Counts 1, 2, 3, 5, 7 and 9; Counts 4, 6 and 8, 12 months supervised release. All

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 3371513 | **DATE** 10/25/2024 |
|---|---|---|---|---|
| **NAME** MCKINNEY, Lshondra | **OFFICER** Lamara H. Werts | | **JUDGE** Gershwin A. Drain | **DOCKET #** 17-CR-20263-01 |

counts concurrent and concurrent to Docket Number 17-CR-20086-02.

Name of Sentencing Judicial Officer: Honorable Victoria A. Roberts. Case reassigned to the Honorable Gershwin A. Drain on 09/12/2023 pursuant to Local Criminal Rule 57.10.

Modification: 04/06/2023 Special Condition Added: "The defendant will be monitored by the global position system (GPS) component of location monitoring technology for a period of up to 180 consecutive days, and you must follow the rules and regulations of the location monitoring program. you are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the officer."

**ORIGINAL SPECIAL CONDITIONS**

1. The defendant shall not incur any new credit charges or open additional lines of credit without the approval of the probation officer.
2. The defendant shall provide the probation officer access to any requested financial information.
3. The defendant shall make monthly installment payments on any remaining balance of the restitution and special assessment at a rate and schedule recommended by the probation department and approved by the Court.
4. The defendant shall participate in a program approved by the probation department for substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol, if necessary.
5. The defendant shall submit her person, residence, office, vehicle(s), papers, business or place of employment, and any property under her control to a search. Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner based upon a reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; the defendant shall warn any residents that the premises may be subject to searches.

   Criminal Monetary Penalty: Special Assessment $800.00 (Paid) Restitution $6,499.15 ($2,465.66 balance)

The probation officer believes that the offender has violated the following condition of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition**: "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME."<br><br>On April 3, 2023, a police report was filed by the Macomb County Sheriff Office (MCSO) in Macomb County, Michigan in reference to a compliant of Fraud-Identity Theft. According to the report, a loss prevention representative from a Verizon Wireless store in Harrison Township, Michigan reported that fraud occurred at the store from February 8, 2023 to March 23, 2023. |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 3371513 | DATE 10/25/2024 |
|---|---|---|---|---|
| NAME MCKINNEY, Lshondra | OFFICER Lamara H. Werts | JUDGE Gershwin A. Drain | | DOCKET # 17-CR-20263-01 |

The MCSO was able to identify MCKINNEY as a suspect due to the credit cards used to pay for the sales tax and start up fees of the fraudulent wireless telephone accounts being associated with MCKINNEY. A former sales associate who was used to conduct the fraudulent transactions recalled one of the female's names to be "Shondra" and deputies recovered screen shots of MCKINNEY taken from security camera footage during the fraudulent transactions. In short, the former sales associate was knowingly conducting fraudulent sales purchases for MCKINNEY in exchange for cash. MCKINNEY allegedly conducted 19 fraudulent transactions for a total loss of 44 Apple I Phones and three Apple I Watches, valued at $56,637.97, and used fraudulent identification to open these accounts.

On August 28, 2024, MCKINNEY appeared for a pre-trial conference in 16th Circuit Court (Mount Clemens, Michigan), before Honorable Judge Matthew Sabaugh, under docket number 23-003449-FH, for five felony counts of Identity Theft.

On September 24, 2024, MCKINNEY was scheduled for a jury trial, however it was adjourned to January 7, 2025. MCKINNEY remains on bond in this case.

2   **Violation of Standard Condition 8:** "YOU MUST NOT COMMUNICATE OR INTERACT WITH SOMEONE YOU KNOW IS ENGAGED IN CRIMINAL ACTIVITY. IF YOU KNOW SOMEONE HAS BEEN CONVICTED OF A FELONY, YOU MUST NOT KNOWINGLY COMMUNICATE OR INTERACT WITH THAT PERSON WITHOUT FIRST GETTING WRITTEN PERMISSION OF THE PROBATION OFFICER."

With respect to the offense involving identity fraud at a Verizon Wireless Store in Harrison Township from February 8, 2023 to March 23, 2023, one of codefendants in this pending criminal matter is Dajanae Jordan. Ms. Jordan was previously on supervised release in the Eastern District of Michigan under docket number 18-CR-20774. MCKINNEY was not given permission to associate with this individual, who has a prior felony conviction for bank robbery.

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Lamara H. Werts/lnb/slg 313-234-5447 | DISTRIBUTION Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Matthew A. Romeo 989-894-8829 | PROBATION ROUTING Data Entry |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 3371513 | DATE 10/25/2024 |
|---|---|---|---|---|
| NAME MCKINNEY, Lshondra | | OFFICER Lamara H. Werts | JUDGE Gershwin A. Drain | DOCKET # 17-CR-20263-01 |

**THE COURT ORDERS:**

[X]   The issuance of a summons

[ ]   Other

s/Gershwin A. Drain
United States District Judge

10/28/2024
Date